# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JIMMY ASHLEY                                                      PLAINTIFF

v.                          No. 3:18-cv-224-DPM

NOAH, LLC                                                         DEFENDANT

## ORDER

I recuse. Paul Waddell and Justin Parkey are on my recusal list. The Clerk must therefore reassign this case at random by chip exchange.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 March 2019