IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JIMMY ASHLEY**     **PETITIONER**

v.

Case No. 3:18-cv-00224 BSM

**NOAH, LLC**     **DEFENDANT**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc No. 11] and Federal Rule of Civil Procedure 41(a), this case is dismissed with prejudice with each party bearing its own costs and fees.

IT IS SO ORDERED this 3rd day of October 2019.

_____
UNITED STATES DISTRICT JUDGE