IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY ASHLEY                                                                                          PETITIONER

v.                                              Case No. 3:18-cv-00224 BSM

NOAH, LLC                                                                                              DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of October 2019.

_____
UNITED STATES DISTRICT JUDGE